UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civ. Act. No. 2:12-cv-00957-WKW |
| PRICEWATERHOUSECOOPERS LLP and CROWE HORWATH LLP, ) ) ) | |
| Defendants. ) ) | |

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION
TO DISMISS, IN PART, THE SECOND AMENDED COMPLAINT**

| | |
|---|---|
| Elizabeth V. Tanis | Tabor R. Novak, Jr. (NOV001) |
| Ga. Bar No. 697415 | BALL, BALL, MATTHEWS |
| *admitted pro hac vice* | & NOVAK, P.A. |
| Drew D. Dropkin | RSA Dexter Avenue Building |
| Ga. Bar No. 231031 | 445 Dexter Avenue |
| *admitted pro hac vice* | Suite 9045 |
| KING & SPALDING LLP | Montgomery, AL  36104 |
| 1180 Peachtree St., NE | Post Office Box 2148 |
| Atlanta, GA  30309 | Montgomery, AL  36102-2148 |
| (404) 572-4600 (p) | (334) 387-7680 (p) |
| (404) 572-5140 (f) | (334) 387-3222 (f) |

*Attorneys for Defendant PricewaterhouseCoopers LLP*

COMES NOW Defendant PricewaterhouseCoopers LLP ("PwC") and moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss in part the claims asserted against PwC by the Federal Deposit Insurance Corporation ("FDIC"), in its capacity as receiver for Colonial Bank, in the Second Amended Complaint.

In this motion, PwC does not seek dismissal of the FDIC's Second Amended Complaint in its entirety.  On September 10, 2013, the Court issued an Order [DKT 52] denying PwC's motion to dismiss the FDIC's Amended Complaint, and PwC does not seek to re-litigate here the issues raised in that motion.

In that Order, however, the Court found that the Amended Complaint's allegations were "thin" and "offer[ed] no supporting facts" connecting the "double- and triple-pledging" fraud to PwC's 2007 audit.  *Id.* at 17.  The Court then afforded the FDIC an opportunity, "if supporting facts exist," to amend the complaint to fix this proximate causation shortcoming, that is, to "include factual allegations plausibly connecting the double- and triple-pledging scheme . . . to conduct of PwC."  *Id.* at 17, 18.

The FDIC's Second Amended Complaint fails to do so.  It does not contain well-pleaded facts that plausibly allege that PwC's 2007 audit produced the double- and triple-pledging fraud "in a natural and continuous sequence," as Alabama law requires.  *Gooden v. City of Talladega*, 966 So. 2d 232, 239 (Ala.

1

2007).  Accordingly, PwC moves to dismiss the FDIC's claims to the extent that those claims seek recovery of damages from the double- and triple-pledging fraud.

WHEREFORE, PwC prays that the Court dismiss with prejudice the Second Amended Complaint to the extent that the claims contained therein seek to recover damages from the double- and triple-pledging fraud.  PwC has contemporaneously submitted a Memorandum of Law in support of this motion.  Oral argument is requested.

Respectfully submitted, this 21st day of October, 2013.

/s/ Elizabeth V. Tanis
Elizabeth V. Tanis (Ga. Bar No. 697415)
  *admitted pro hac vice*
Drew D. Dropkin (Ga. Bar No. 231031)
  *admitted pro hac vice*
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA  30309
(404) 572-4600 (p)
(404) 572-5140 (f)

Tabor R. Novak, Jr. (NOV001)
BALL, BALL, MATTHEWS & NOVAK, P.A.
RSA Dexter Avenue Building
445 Dexter Avenue
Suite 9045
Montgomery, AL  36104
Post Office Box 2148
Montgomery, AL  36102-2148
(334) 387-7680 (p)
(334) 387-3222 (f)

*Counsel for Defendant PricewaterhouseCoopers LLP*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2013, I electronically filed the foregoing with the CM/ECF system, which will provide electronic notification to the following counsel of record:

    James B. Perrine, attorney for Plaintiff FDIC
    David Mullin, attorney for Plaintiff FDIC
    John M. Brown, attorney for Plaintiff FDIC
    Clint Latham, attorney for Plaintiff FDIC
    James H. Anderson, attorney for Defendant Crowe Horwath LLP
    Stanley J. Parzen, attorney for Defendant Crowe Horwath LLP
    Jonathan C. Medow, attorney for Defendant Crowe Horwath LLP
    Andrew P. Campbell, attorney for Movants The Colonial BancGroup, Inc.
        and Kevin O'Halloran
    Caroline Smith Gidiere, attorney for Movants The Colonial BancGroup, Inc.
        and Kevin O'Halloran

                                */s/ Elizabeth V. Tanis*
                                Elizabeth V. Tanis (Ga. Bar No. 697415)
                                  *admitted pro hac vice*
                                KING & SPALDING LLP
                                1180 Peachtree St., NE
                                Atlanta, GA  30309
                                (404) 572-4600 (p)
                                (404) 572-5140 (f)

                                *Counsel for Defendant*
                                  *PricewaterhouseCoopers LLP*